No. 16,064.

TARBOX *v.* TARBOX.
(195 P. [2d] 742)

Decided June 21, 1948.    Rehearing denied July 6, 1948.

PER CURIAM.

Judgment affirmed en banc without written opinion, and cause remanded to the district court for consideration of the amount of attorney fees to be allowed, if any.

Mr. FRAZER ARNOLD, Mr. ARNOLD WEINBERGER, Mr. FRED W. MATTSON, for plaintiff in error.

Mr. EDWIN P. VAN CISE, Mr. PHILIP S. VAN CISE, for defendant in error.